United States District Court
Southern District of Texas
**ENTERED**
February 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WORLD GLOBAL FINANCING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-16-1865 |
| | § | |
| | § | |
| SHOWROOM AUTO SALES, INC. and | § | |
| JANN WILEY, | § | |
| Defendants. | § | |

## FINAL DEFAULT JUDGMENT

The plaintiff, World Global Financing, Inc., sued defendants Showroom Auto Sales, Inc., and Jann Wiley under two Merchant Sales Agreements and related Personal Guarantees signed by Jann Wiley. The defendants were served but failed to appear. Default was entered on January 24, 2017.

The plaintiff, World Global Financing, Inc., has submitted affidavits and exhibits showing the liquidated damages and the reasonable and necessary attorney's fees and costs. The defendants Showroom Auto Sales, Inc. and Jann Wiley are jointly and severally liable to World Global Financing, Inc., for the following damages:

1. $90,112.00 as the principal amount due;

2. $5.406.72 as prejudgment interest at the rate of 6% per annum on the principal amount from April 29, 2016 to the date of judgment;

3. $36,044.80 as attorneys fees for services;

4. $1,265.98 for costs of court; and

5. Postjudgment interest on the sums awarded at the rate of .80% per annum.

This is a final judgment.

    SIGNED on February 16, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge
